IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN GERBER, | : | Civ. No. 1:23-CV-2039 |
| Plaintiff, | : | |
| v. | : | |
| | : | (Magistrate Judge Bloom) |
| DAUPHIN COUNTY TECHNICAL SCHOOL, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of April 2024, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' motion to dismiss (Doc. 13) is GRANTED IN PART AND DENIED IN PART as follows:

1. The motion is DENIED as to Gerber's ADA discrimination claim; and

2. The motion is GRANTED as to Gerber's ADA failure to accommodate and retaliation claims, as well as her ADEA claim. These claims are dismissed without prejudice to allow Gerber leave to amend her complaint.

The plaintiff shall have 21 days from the date of this order, or until **April 29, 2024**, to file an amended complaint.

*s/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge
